IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| CHUCK BURAS | § |
| | § |
| V. | § NO. 4:17-CV-007 RAJ |
| | § |
| PLAINS AL AMERICAN PIPELINE, L.P. | § |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and based upon the Parties Joint Stipulation of Dismissal [Doc. 8] filed January 26, 2018.

IT IS FURTHER ORDERED that all attorney's fees, expenses and court costs shall be borne by the party incurring same. All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so ORDERED.

SIGNED this 29th day of January, 2018.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE